UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENITA M. CHEATOM,

        Plaintiff,        Case Number 13-12440
                                  Honorable Terrence G. Berg
v.

QUICKEN LOANS INC., et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL

On January 13, 2016, the Court was notified during a telephonic status conference that the parties had reached a resolution in this matter. Parties agreed that a proposed order of dismissal would be submitted within seven days of the conference. That time has long passed, and no further action has been taken by parties. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of any settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

             s/Terrence G. Berg
             TERRENCE G. BERG
             UNITED STATES DISTRICT JUDGE

Dated: April 8, 2016
     Flint, Michigan

## Certificate of Service

 I hereby certify that this Order was electronically submitted on April 8, 2016 using the CM/ECF system, which will send notification to all parties.

             s/A. Chubb
             Case Manager